# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 679003
### Austin, Texas 78767-9003

October 5, 2015


Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-13-000711 and Court of Appeals number 03-15-00506-CV, styled, FROST BANK V CARL WILLIAM POLLOCK ET AL was due in your office October 5, 2015.  This office has not received payment for this clerk's record as of today. Thank you for your consideration.

Your attention to this matter is greatly appreciated.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309